

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**PRISCILLA D. KAM**
PARTNER
(516) 357-3341
priscilla.kam@rivkin.com

March 15, 2024

**By ECF**
Magistrate Judge Jospeh A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Government Employees Ins. Co., et al. v. Lorraine Pharmacy, Inc. et al.*
Docket No. 1:23-cv-08460 (NCM)(JAM)

Dear Judge Marutollo:

We represent Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, "Plaintiffs") in the above-referenced litigation. Pursuant the Court's January 31, 2024 Minute Entry, Plaintiffs and Defendants Lorraine Pharmacy Inc. and Rodshal Yakubov (collectively "Defendants") submit this joint report regarding the status of discovery.

The parties would like to advise the Court they have reached a settlement in principle which will resolve all claims against all Defendants. However, pursuant to the Court's directive in the January 31, 2024 Minute Entry, the parties have set forth below the current status of discovery.

On January 31, 2024, Plaintiffs served Defendants with First Sets of Interrogatories and First Requests for Production of Documents (the "Discovery Requests"). After receiving no response to the Discovery Requests, on March 5, 2024, Plaintiffs wrote to Defendants' counsel to advise that responses were overdue and, as such, it is Plaintiffs' position that any objections to the Discovery Requests are waived, and to request a date on which Plaintiffs could expect to receive the responses. Though Defendants have not yet served any responses to the Discovery Requests, counsel for the parties have had multiple phone conversations since Plaintiffs' March 5, 2024 letter during which Defendants' counsel represented written responses and documents would be served no later than today. GEICO has also pursued nonparty discovery in the form of several document and deposition subpoenas.

Considering the recent developments in the parties' settlement efforts, Plaintiffs have agreed to extend the Defendants' time to comply with their discovery obligations by 30 days.

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

RIVKIN RADLER LLP

March 15, 2024
Page 2

We thank the Court for its attention to this matter.

                                       Respectfully submitted,
                                       RIVKIN RADLER LLP

                                       Priscilla D. Kam

cc:    All counsel via ECF