Exhibit "3"
Stipulation 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO         Docket No.:
GENERAL INSURANCE COMPANY and GEICO              1:23-cv-08460-NCM-JAM
CASUALTY COMPANY,

                          Plaintiffs,
    -against-

LORRAINE PHARMACY, INC., et al.,

                          Defendants.
-----------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS RODSHAL YAKUBOV AND LORRAINE PHARMACY INC.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, the "Plaintiffs"), and counsel for Defendants, Rodshal Yakubov and Lorraine Pharmacy Inc. (collectively, the "Defendants") that all claims in this action asserted by Plaintiffs against Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: _____April 11_____, 2024

Rivkin Radler, LLP

By: _____
    Michael A. Sirignano, Esq.
    Priscilla D. Kam, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
*Counsel for Plaintiffs*

PETER BIRZON & ASSOCIATES, P.C.

By: _____
    Peter M. Brizon, Esq.
400 Jericho Turnpike, Suite 100
Jericho, New York 11753
*Counsel for Defendants*